No. 80–2145. HOLCOMBE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 80–2148. THIRTY-SIX THOUSAND, ONE HUNDRED TWENTY-FIVE DOLLARS IN UNITED STATES CURRENCY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–2149. COASTAL STATES CRUDE GATHERING CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–2154. ZENITH RADIO CORP. ET AL. *v.* MCGRATH. C. A. 7th Cir. Certiorari denied.

No. 80–2155. SCHIFF *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–2157. ANCHORAGE TIMES PUBLISHING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 80–2158. SPIEGEL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–2160. WILLIAMS ET AL. *v.* JOHNSON ET AL. Ct. App. D. C. Certiorari denied.

No. 80–2161. MR. A'S RESTAURANT *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 80–2163. DEWEES *v.* UNITED STATES;
No. 81–58. BUTLER *v.* UNITED STATES;
No. 81–80. CAMERON *v.* UNITED STATES; and
No. 81–81. PATTERSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 643 F. 2d 38.